# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNTIY COMMISSION,　　　　　　　　　Civil Action No. 1:17-mc-09

　　Applicant,　　　　　　　　　　　　　　　Dlott, J.
　　　　　　　　　　　　　　　　　　　　　　Bowman, M.J
　vs.
TRIHEALTH, INC.,

　　Third party respondent.

## REPORT AND RECOMMENDATION

This civil rights action is now before the Court on Applicant's request to dismiss with prejudice the instant subpoena enforcement action against Trihealth Inc.

For good cause shown, it is herein **RECOMMENDED** that the Applicant's request to dismiss this action (Docs. 16) be **GRANTED** and this matter terminated on the active docket of the Court. It is further **RECOMMENDED** that each party bear its own costs.

　　　　　　　　　　　　　　　　　　　*s/Stephanie K. Bowman*
　　　　　　　　　　　　　　　　　　　Stephanie K. Bowman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNTIY COMMISSION, | Civil Action No. 1:17-mc-09 |
| Applicant, | Dlott, J. |
| | Bowman, M.J |
| vs. | |
| TRIHEALTH, INC., | |
| Third party respondent. | |

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).