IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Equal Employment Opportunity Commission,

    Plaintiff(s),

vs.

Trihealth, Inc.

    Defendant(s).

Case Number: 1:17mc9

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 11, 2017 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 25, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that the Applicant's request to dismiss this action (Doc. 16) is GRANTED. This matter is TERMINATED from the Court's docket. It is further ORDERED that each party bear its own costs.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court